**Order entered December 30, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00926-CV

## IN THE INTEREST OF A.L.S., A CHILD

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-22-03274**

## ORDER

Before the Court is appellee's December 28, 2022 second motion for an extension of time to file her brief. We **GRANT** the motion and extend the time to **January 27, 2023**. We caution appellee that further extension requests will be disfavored.

/s/ BILL PEDERSEN, III
   JUSTICE